NO. 07-01-0442-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 6, 2002

_____

CYNTHIA KNIERIM, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NO. 38,825-A; HONORABLE DAVID L. GLEASON, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

On October 17, 2001, a copy of a Notice of Appeal in cause No. 38825-A in the 47th District Court of Potter County, Texas, was filed with the clerk of this court. The document filed gives notice that Cynthia Diane Knierim, appellant, desires to appeal from a conviction and sentence in such court and cause number.

Upon remand from this court, the trial court held a hearing on July 12, 2002.  The trial court entered findings of fact and conclusions of law following the hearing.  The trial court found and concluded that appellant wishes to dismiss her appeal.

Without passing on the merits of the case, this cause is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson
Justice

Do not publish.

2